# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEWELL WILLIAMS, et al.,<br>    Plaintiffs,<br>v.<br>CARMELA FELDMAN, et al.,<br>    Defendants. | Case No. 2:22-cv-01675-APG-NJK<br><br>**Order** |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Plaintiffs have failed to do so. Accordingly, Plaintiffs must file a certificate of interested parties no later than October 12, 2022.

IT IS SO ORDERED.

Dated: October 5, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1