UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEWELL WILLIAMS, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>CARMELA FELDMAN, et al.,<br><br>    Defendants | Case No.: 2:22-cv-01675-APG-NJK<br><br>**Order Granting Emergency Motion to Extend Time**<br><br>[ECF No. 12] |

    I ORDER that defendant Atlas NV, LLC's emergency motion for extension of time **(EFC No. 12) is GRANTED**. The defendant's deadline to respond to the motion for preliminary injunction is extended to November 30, 2022, and the deadline to respond to the second amended complaint is extended to December 2, 2022.

    I FURTHER ORDER that if defendant Atlas NV, LLC believes it has been incorrectly named, then it should file a motion to amend the caption.

    DATED this 18th day of November, 2022.

                                                         _____<br>
                                                         ANDREW P. GORDON<br>
                                                         UNITED STATES DISTRICT JUDGE