UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEWELL WILLIAMS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CARMELA FELDMAN, et al.,<br><br>    Defendants. | Case No. 2:22-cv-01675-APG-NJK<br><br>Order<br><br>[Docket No. 25] |

On November 28, 2022, Plaintiffs filed a notice of updated parties with the Court. Docket No. 25. The notice seeks to add the Demoss Estate Living Trust as a plaintiff and the State of Nevada Attorney General's Office as a defendant. *Compare id.* at 1-2 *with* Docket. The proper method to add parties to a case is to file a motion to amend the complaint. *See* Fed. R. Civ. P. 15; *see also* Local Rule IA 7-1(b). Motions must conform with the Court's formatting rules. *See, e.g.*, Local Rules 7-2, 7-3.

Accordingly, the Clerk's Office is **INSTRUCTED** to strike Docket No. 25.

IT IS SO ORDERED.

Dated: December 1, 2022

                                                            Nancy J. Koppe
                                                            United States Magistrate Judge