# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JEWELL WILLIAMS, et al.,

      Plaintiffs,

v.

CARMELA FELDMAN, et al.,

      Defendants.

Case No. 2:22-cv-01675-APG-NJK

**ORDER**

[Docket No. 43]

Pending before the Court is Plaintiffs' motion to extend time for service.  Docket No. 43. Pursuant to Federal Rule of Civil Procedure 4(m), the Court **GRANTS** a 30-day extension to file proof of service.  Plaintiffs must file proof of service no later than February 1, 2023.

IT IS SO ORDERED.

Dated: December 28, 2022

_____
Nancy J. Koppe
United States Magistrate Judge