# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEWELL WILLIAMS, et al., | Case No.: 2:22-cv-01675-APG-NJK |
| Plaintiffs | **Order Dismissing Case** |
| v. | |
| CARMELA FELDMAN, et al., | |
| Defendants | |

I previously gave the plaintiffs until February 6, 2023 to file a third amended complaint. ECF No. 50.  I advised the plaintiffs that if they did not do so, I would close this case. *Id.* at 8.  The plaintiffs did not file a third amended complaint.

I THEREFORE ORDER that the plaintiffs' second amended complaint (ECF No. 9) is DISMISSED with prejudice.  The clerk of court is instructed to enter judgment in favor of the defendants and against the plaintiffs, and to close this case.

DATED this 1st day of March, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE